FIRST RAILROAD & BANKING
COMPANY OF GEORGIA,
Plaintiff-Appellee,

v.

UNITED STATES` of America,
Defendant-Appellant.

No. 73–3184.

United States Court of Appeals,
Fifth Circuit.

June 7, 1977.

Before BROWN, Chief Judge, GOD-
BOLD and RONEY, Circuit Judges.

ORDER:

In accordance with the mandate of the Supreme Court of the United States reversing this Court's decision in this case, our opinion as reported in 514 F.2d 675 is vacated, and the judgment of the United States District Court for the Southern District of Georgia is AFFIRMED.

Lonzie PITTMAN, Petitioner-Appellant,

v.

Joe S. HOPPER, Warden, Georgia State
Prison, Respondent-Appellee.

No. 77–1044
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

July 7, 1977.

Beverly B. Bates, Atlanta, Ga. (Court-appointed), for petitioner-appellant.

Arthur K. Bolton, Atty. Gen., B. Dean Grindle, Jr., Asst. Atty. Gen., Atlanta, Ga., for respondent-appellee.

Before AINSWORTH, MORGAN and GEE, Circuit Judges.

PER CURIAM:

Petitioner, pursuant to 28 U.S.C. § 2254, attacks his 1963 state conviction and sentence on the following grounds: (1) The juries which indicted and convicted him were unconstitutionally constituted because of the systematic exclusion of blacks; and (2) he was denied effective assistance of counsel in that his counsel failed to consider a challenge to the composition of the grand and petit juries.

The trial court, after an evidentiary hearing, found petitioner's contentions to be without merit. This finding is supported by the record and is not clearly erroneous. The judgment of the district court is affirmed.

AFFIRMED.

* Rule 18, 5 Cir.; see *Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.,*
5 Cir., 1970, 431 F.2d 409, Part I.